UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER EARL COX,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Respondent. | CV 13-02102-VBF<br><br>JUDGMENT |

　　In accordance with this Court's Order issued today, final judgment is hereby entered in favor of the respondent and against the petitioner.

　　IT IS SO ORDERED.

DATED:   July 16, 2013

_____
　　　　Valerie Baker Fairbank
　　UNITED STATES DISTRICT JUDGE