
UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER EARL COX, | CV 13-02102-VBF |
| Petitioner, | JUDGMENT |
| v. | |
| STATE OF CALIFORNIA, | |
| Respondent. | |

    In accordance with this Court's Order issued today, final judgment is hereby entered in favor of the respondent and against the petitioner.

    IT IS SO ORDERED.

DATED: July 16, 2013

*Valerie Baker Fairbank*
_____
Valerie Baker Fairbank
UNITED STATES DISTRICT JUDGE