UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER EARL COX,<br><br>        Petitioner,<br><br>  v.<br><br>PEOPLE OF CALIFORNIA,<br><br>        Respondent. | CASE NO. CV 13-02102 VBF (RZ)<br><br>AMENDED JUDGMENT |

In keeping with today's Order Amending Ruling Of July 16, 2013 to Convert Without-Prejudice Dismissal into With-Prejudice Dismissal, final judgment is hereby entered in favor of the respondent and against the petitioner.

DATED:    September 13, 2013

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE